UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

------------------------------
In Re:

Audrey M. Bernstein

ORDER

  Debtors.

Chapter 13, Case No. 10-34178
------------------------------

     This case came before the court on the motion of U.S. Bank, N.A. as serviced by National Default Serving Corporation, pursuant to 11 U.S.C. Section 362 on January 5, 2010, at the U.S. Bankruptcy Court, St. Paul, Minnesota.

     IT IS ORDERED:

     The automatic stay imposed by 11 U.S.C. 362 is terminated as to the real property over which the movant, its successors and assigns, has an interest under mortgage document no. 2087771, said property legally described as follows, to-wit:

     Lot 25, Block 3, Rosemount Commons, Common Interest Community No. 267, Dakota County, Minnesota

     The movant, its successors and assigns, may proceed to foreclose its mortgage in accordance with Minnesota Statutes. Notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this order is effective immediately

Dated: January 5, 2011

/e/ Dennis D. O'Brien
_____
Dennis D. O'Brien
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/05/2011*
Lori Vosejpka, Clerk, By DLR, Deputy Clerk